**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 14-1006**

———

LURIA NICOLE GREENE,

            Debtor - Appellant,

      v.

UNITED STATES DEPARTMENT OF EDUCATION,

            Defendant – Appellee,

      and

CLARA P. SWANSON,

            Trustee.

———

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.  Robert G. Doumar, Senior
District Judge.  (4:13-cv-00079-RGD-LRL)

———

Submitted:  May 29, 2014                Decided:  June 2, 2014

———

Before SHEDD, WYNN, and THACKER, Circuit Judges.

———

Affirmed by unpublished per curiam opinion.

———

Luria Nicole Greene, Appellant Pro Se.  Gregory David Stefan,
Susan Lynn Watt, Assistant United States Attorneys, Norfolk,
Virginia, for Appellee.

———

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Luria Nicole Greene appeals from the district court's orders upholding the bankruptcy court's determination that her student loan debt is not dischargeable in her bankruptcy case and denying her motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. Greene v. Dep't of Educ., No. 4:13-cv-00079-RGD-LRL (E.D. Va. Oct. 2, 2013; filed Oct. 25, 2013 & entered Oct. 28, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED